1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
         **DISTRICT OF NEVADA**
7
8                                                    )    Case # 3:18-cv-00008-MMD-VPC
                                                     )
9   ADDISON HEMPEL, et al.,                          )
                                                     )
10              Plaintiff(s),                         )    **VERIFIED PETITION FOR**
                                                     )    **PERMISSION TO PRACTICE**
                                                     )    **IN THIS CASE ONLY BY**
11              vs.                                   )    **ATTORNEY NOT ADMITTED**
    CYDAN DEVELOPMENT, INC., CYDAN                    )    **TO THE BAR OF THIS COURT**
12  II., INC., VTESSE, INC., and SUCAMPO              )    **AND DESIGNATION OF**
    PHARMACEUTICALS, INC.,                            )    **LOCAL COUNSEL**
13                                                    )
                Defendant(s).                         )
14  _____           )    FILING FEE IS $250.00

15

16  _____Jessica Bodger Rydstrom_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)
17
         1.    That Petitioner is an attorney at law and a member of the law firm of
18
    _____Williams & Connolly LLP_____
19                                      (firm name)

20  with offices at _____725 Twelfth Street, NW_____,
                                         (street address)
21
    ____Washington____, ____District of Columbia____, ___20005___,
22          (city)                        (state)                 (zip code)

23  ___(202) 434-5567___, ___jrydstrom@wc.com___.
    (area code + telephone number)        (Email address)
24
         2.    That Petitioner has been retained personally or as a member of the law firm by
25
    ____Cydan Development, Inc.____ to provide legal representation in connection with
26              [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                            Rev. 5/16

3.     That since _____07/10/2009_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 05/15/2008 | 256600 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

NONE

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| NONE |
|------|

7. That Petitioner is a member of good standing in the following Bar Associations.

| NONE |
|------|

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 03/11/2015 | Verified Petition | USDC District of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF _____      )

____Jessica Bodger Rydstrom____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___16___ day of ___March___, ___2018___.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____E. Leif Reid_____,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

___Lewis Roca Rothgerber Christie LLP,  One East Liberty Street, Suite 300___,
                                    (street address)

___Reno___,  ___Nevada___,  ___89501___,
   (city)          (state)      (zip code)

___(775) 321-3415___,  ___lreid@lrrc.com___.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ E. Leif Reid _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Christoph Adams, CEO
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Nicole Scott #13757 for E. Leif Reid
_____
Designated Resident Nevada Counsel's signature

5750                    lreid@lrrc.com
_____
Bar number              Email address

APPROVED:

Dated: this 27th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Jessica B. Rydstrom*

was duly qualified and admitted on **July 10, 2009** as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an **Active** member in good
standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on March 16, 2018.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.**

# CERTIFICATE OF STANDING

March 15, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JESSICA BODGER RYDSTROM, #256600 was admitted to the practice of law in this state by the Supreme Court of California on May 15, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records