# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADDISON HEMPEL, et al.,

    Plaintiff(s),

vs.

CYDAN DEVELOPMENT, INC., CYDAN II., INC., VTESSE, INC., and SUCAMPO PHARMACEUTICALS, INC.,

    Defendant(s).

Case # 3:18-cv-00008-MMD-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Paul B. Gaffney_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Williams & Connolly LLP
(firm name)

with offices at _____725 Twelfth Street, NW_____,
(street address)

___Washington___, ___District of Columbia___, ___20005___,
(city) (state) (zip code)

___(202) 434-5803___, ___pgaffney@wc.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Cydan Development, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 01/10/1994 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| |
|---|
| NONE |

7. That Petitioner is a member of good standing in the following Bar Associations.

| |
|---|
| American Bar Association |

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF _____ )

_____Paul B. Gaffney_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__23__ day of __March__, __2018__.

_____
Vivian Johnson, Notary Public or Clerk of Court
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____E. Leif Reid_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Lewis Roca Rothgerber Christie LLP, One East Liberty Street, Suite 300__,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)           (state)        (zip code)

__(775) 321-3415__, __lreid@lrrc.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____E. Leif Reid_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ C. Adams_____
(party's signature)

Christoph Adams, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Nicole Scott_ #13757 for E. Leif Reid
Designated Resident Nevada Counsel's signature

_5750_  _lreid@lrrc.com_
Bar number      Email address

APPROVED:

Dated: this __27th__ day of __March__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Courts as to which Paul B. Gaffney is admitted:

- Supreme Court of Texas (bar number 00784096; admitted Nov. 6, 1992)
- District of Columbia (bar number 440456; admitted Jan. 10, 1994)
- U.S. District Court for the District of Columbia (admitted 1995)
- U.S. District Court for the District of Arizona (admitted 1995)
- U.S. District Court of Maryland (admitted 1996)
- U.S. Court of Appeals, Third Circuit (admitted 1996)
- U.S. Court of Appeals, Ninth Circuit (admitted 1997)
- U.S. Court of Appeals for the District of Columbia Circuit (admitted 2000)
- U.S. Court of Appeals for the Fourth Circuit (admitted 2004)
- U.S. Court of Appeals for the Second Circuit (admitted 2004)
- Supreme Court of the State of New York (admitted 2006)
- Supreme Court of the United States (admitted 2006)
- U.S. Court of Appeals for the Federal Circuit (admitted March 2, 2007)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Paul B. Gaffney*

was duly qualified and admitted on **January 10, 1994** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on March 16, 2018.

*Julio A. Castillo*
**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By: *Emily E. Favo*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Paul Benedict Gaffney**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1992.

I further certify that the records of this office show that, as of this date

**Paul Benedict Gaffney**

is presently enrolled with the State Bar of Texas as an active member in good standing, but because of this attorney's voluntary non-practicing election, is not authorized to practice law in the State of Texas.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 15th day of March, 2018.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3934C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.