THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
(775) 323-1321
(775) 323-4082 (fax)

JOSHUA L. SEIFERT PLLC
Joshua L. Seifert, Esq.
*Pro Hac Vice*
jseifert@seifertpllc.com
175 Varick Street
New York, NY 10014
(646) 470-2647

SLARSKEY LLC
David Slarskey, Esq.
*Pro Hac Vice*
dslarskey@slarskey.com
800 Third Avenue, 18th Floor
New York, NY 10022
(212) 658-0661

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADDISON HEMPEL, CASSIDY HEMPEL, CHRISTINE HEMPEL, HUGH HEMPEL, and SOLUTION THERAPEUTICS,<br><br>Plaintiffs,<br><br>v.<br><br>CYDAN DEVELOPMENT, INC., CYDAN II, INC., VTESSE, INC., SUCAMPO PHARMACEUTICALS, INC., and DOES I-X and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00008-MMD-VPC<br><br>**JOINT STATUS REPORT** |

1

Plaintiffs Addison Hempel, Cassidy Hempel, Christine Hempel, Hugh Hempel, and Solution Therapeutics ("Plaintiffs") and Defendants Cydan Development, Inc., Cydan II, Inc., Vtesse, Inc., and Sucampo Pharmaceuticals, Inc. ("Defendants") submit this Joint Status Report, as directed by the Court during the April 16, 2018 Case Management Conferece. ECF No. 27. Specifically, the Court directed counsel "to meet and confer regarding an amended discovery plan and scheduling order, a protocol for electronically stored information, and any protective orders that may be necessary in this case. Counsel shall then file a status report concerning these items by no later than Friday, May 18, 2018." *Id.*

The parties met and conferred as directed on May 16, 2018.

Regarding the discovery plan and scheduling order, the parties have agreed to amend the deadlines as follows:

|  | **Old Deadline:** | **New Deadline:** |
|---|---|---|
| **Discovery cut-off:** | September 15, 2018 | November 16, 2018 |
| **Amended pleadings/added parties:** | June 17, 2018 | August 17, 2018 |
| **Disclosure of initial expert witnesses:** | July 17, 2018 | September 17, 2018 |
| **Disclosure of rebuttal expert witnesses:** | August 17, 2018 | October 17, 2018 |
| **Dispositive motions:** | October 15, 2018 | December 14, 2018 |
| **Joint pretrial order:** | November 14, 2018 | January 18, 2019 |

The parties propose these deadlines because they anticipate that discovery in this case will involve numerous non-parties and a large amount of electronically stored information.

Regarding a protocol for electronically stored information and protective orders, the parties are negotiating these issues and request an additional thirty days to resolve them. The parties propose to submit a status report on or before June 15, 2018.

DATED: May 18, 2018

2

| | |
|---|---|
|     */s/ David C. O'Mara*<br>David C. O'Mara<br>Nevada Bar No. 8599<br>THE O'MARA LAW FIRM, P.C.<br>311 E. Liberty St.<br>Reno, NV  89501<br>(775) 323-1321<br>david@omaralaw.net<br><br>JOSHUA L. SEIFERT PLLC<br>Joshua L. Seifert, Esq.<br>*Pro Hac Vice*<br>175 Varick Street<br>New York, NY 10014<br>(646) 470-2647<br>jseifert@seifertpllc.com<br><br>SLARSKEY LLC<br>David Slarskey, Esq.<br>*Pro Hac Vice*<br>800 Third Avenue, 18th Floor<br>New York, NY 10022<br>(212) 658-0661<br>dslarskey@slarskey.com<br><br>*COUNSEL FOR PLAINTIFFS* |     */s/ E. Leif Reid*<br>E. Leif Reid<br>Nevada Bar No. 5750<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>One East Liberty Street<br>Suite 300<br>Reno, NV 89501-2128<br>Telephone: (775) 823-2900<br><br>Paul B. Gaffney (*pro hac vice*)<br>Jessica Bodger Rydstrom (*pro hac vice*)<br>Benjamin M. Stoll (*pro hac vice*)<br>Amanda J. Cox (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br><br>*COUNSEL FOR DEFENDANTS* |