THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
(775) 323-1321
(775) 323-4082 (fax)

JOSHUA L. SEIFERT PLLC
Joshua L. Seifert, Esq.
*Pro Hac Vice*
jseifert@seifertpllc.com
175 Varick Street
New York, NY 10014
(646) 470-2647

SLARSKEY LLC
David Slarskey, Esq.
*Pro Hac Vice*
dslarskey@slarskey.com
800 Third Avenue, 18th Floor
New York, NY 10022
(212) 658-0661

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADDISON HEMPEL, CASSIDY HEMPEL, CHRISTINE HEMPEL, HUGH HEMPEL, and SOLUTION THERAPEUTICS,<br><br>          Plaintiffs,<br><br>v.<br><br>CYDAN DEVELOPMENT, INC., CYDAN II, INC., VTESSE, INC., SUCAMPO PHARMACEUTICALS, INC., and DOES I-X and ROE CORPORATIONS I-V, inclusive,<br><br>          Defendants. | Case No. 3:18-cv-00008-MMD-VPC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

1

106351532_1

Pursuant to the Court's order of October 18, 2018 (ECF No. 47), Plaintiffs Addison Hempel, Cassidy Hempel, Christine Hempel, Hugh Hempel, and Solution Therapeutics ("Plaintiffs") and Defendants Cydan Development, Inc., Cydan II, Inc., Vtesse, Inc., and Sucampo Pharmaceuticals, Inc. ("Defendants"), re-submit this joint stipulation and proposed order amending the discovery plan and scheduling order in this case.

The parties met and conferred on September 20, 2018. This is their first request to amend the discovery plan and scheduling order submitted by the parties with their Joint Status Report. *See* ECF No. 34. Pursuant to Local Rule 26-4, the parties state the following:

(a) The following discovery has been completed:

1. The parties submitted initial disclosures;

2. Defendants responded to two rounds of Requests for Production from Plaintiffs. Plaintiffs responded to two rounds of Requests for Production from Defendants.

3. The Parties identified and collected a substantial amount of electronically stored information from numerous custodians. The parties swapped lists of custodians and search terms, and each of the parties agreed to add search terms suggested by the other. Defendants collected millions of documents from more than a dozen custodians (including multiple corporate custodians) and manually reviewed over 100,000 of these documents. Plaintiffs have collected approximately 100,000 documents and are reviewing approximately 30,000 of those documents for production.

4. On October 18, 2018, after the Court's entry of an Amended Protective Order, Defendants produced more than 30,000 documents to Plaintiffs. Plaintiffs expect to make their first production in the next two weeks.

5. The Parties served and answered Interrogatories. Plaintiffs responded to Defendants' First Interrogatories on July 23, 2018, and responded to Defendants' Second Interrogatories on September 17, 2018. Defendants responded to Plaintiffs' First Interrogatories on August 6, 2018.

2

106351532_1

6. The Parties are working through discovery-related disputes in a good-faith attempt to avoid Court intervention;

7. The Parties served multiple third-party subpoenas for both depositions and documents, and they have initiated the *Touhy* process for obtaining discovery from the National Institutes of Health; and

8. Defendants have noticed Plaintiffs' depositions, as well as a third-party deposition.

(b) The following discovery remains to be completed:

1. Plaintiffs will produce responsive documents, and Defendants expect to produce additional responsive documents;

2. The Parties will declare and submit reports for any experts they expect to present at trial;

3. The Parties will take fact and expert depositions;

4. The Parties may serve additional third-party subpoenas for documents and/or depositions; and

5. The Parties will continue to seek discovery from the National Institutes of Health.

(c) Given the time it has taken to collect, identify, and review a large amount of electronically stored information, respond to Requests for Production and Interrogatories, and work through discovery-related issues and disputes, and the time it will take to finish seeking discovery from a number of non-parties, the Parties believe that the remaining discovery cannot be completed within the time limits set by the current discovery plan. Defendants note that some discovery—such as the scope of expert disclosures and the number of depositions—may be contingent on the outcome of Defendants' Motions to Dismiss (Dkt. Nos. 11 and 12), which were fully briefed on May 7, 2018, and for which no hearing has been scheduled.

(d) A proposed schedule for completing all remaining discovery is as follows:

3

106351532_1

|  | *Old Deadline:* | *New Deadline:* |
|---|---|---|
| **Disclosure of initial expert witnesses:** | September 17, 2018 | January 17, 2019 |
| **Disclosure of rebuttal expert witnesses:** | October 17, 2018 | February 19, 2019 |
| **Discovery cut-off:** | November 16, 2018 | March 15, 2019 |
| **Dispositive motions:** | December 14, 2018 | April 15, 2019 |
| **Joint pretrial order:** | January 18, 2019 | May 20, 2019 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

106351532_1

DATED: October 22, 2018

| | |
|---|---|
| */s/ David C. O'Mara* | */s/ E. Leif Reid* |
| David C. O'Mara | E. Leif Reid (Bar No. 5750) |
| Nevada Bar No. 8599 | Kristen L. Martini (Bar No. 11272) |
| THE O'MARA LAW FIRM, P.C. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 311 E. Liberty St. | One East Liberty Street |
| Reno, NV 89501 | Suite 300 |
| (775) 323-1321 | Reno, NV 89501-2128 |
| david@omaralaw.net | Telephone: (775) 823-2900 |
| JOSHUA L. SEIFERT PLLC | |
| Joshua L. Seifert, Esq. | Paul B. Gaffney (*pro hac vice*) |
| *Pro Hac Vice* | Jessica Bodger Rydstrom (*pro hac vice*) |
| 175 Varick Street | Benjamin M. Stoll (*pro hac vice*) |
| New York, NY 10014 | Amanda J. Cox (*pro hac vice*) |
| (646) 470-2647 | WILLIAMS & CONNOLLY LLP |
| jseifert@seifertpllc.com | 725 Twelfth Street, N.W. |
| | Washington, DC 20005 |
| SLARSKEY LLC | Telephone: (202) 434-5000 |
| David Slarskey, Esq. | |
| *Pro Hac Vice* | *COUNSEL FOR DEFENDANTS* |
| 800 Third Avenue, 18th Floor | |
| New York, NY 10022 | |
| (212) 658-0661 | |
| dslarskey@slarskey.com | |

*COUNSEL FOR PLAINTIFFS*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

106351532_1